```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JEFFREY PICKETT

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) NO. CR.S-02-501-WBS
                                    )
12              Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
                                    ) VACATING ADMIT/DENY HEARING AND
13       v.                         ) REQUESTING DISMISSAL OF PETITION
                                    ) RE VIOLATION OF SUPERVISED
14  JEFFREY PICKETT,                ) RELEASE
                                    )
15                                  ) Date:  April 27, 2009
                Defendant.          ) Time:  8:30 a.m.
16  _____    ) Judge: Hon. William B. Shubb
```

17       IT IS HEREBY STIPULATED by and between the parties hereto through
18  their respective counsel, ROBERT TICE-RASKIN, Assistant United States
19  Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant
20  Federal Defender, attorney for Defendant, that the Admit/Deny Hearing,
21  presently scheduled for April 27, 2009, be vacated.

22       Counsel for the government and counsel for Mr. Pickett both agree
23  that the petition should be dismissed and the matter dropped from the
24  court's calendar.  The parties, with the agreement of the probation
25  officer, have agreed to a modification of the terms of supervision that
26  will be sent to the Court by probation as soon as the final draft is
27  signed.

28       The parties and probation believe that the modification will

address the concerns probation set forth in the petition and is an appropriate resolution of the matter.

Dated: April 22, 2009  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JEFFREY PICKETT

Dated: April 22, 2009  LARRY BROWN
Acting United States Attorney

/s/Robert Tice-Raskin
ROBERT TICE-RASKIN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

The Admit/Deny Hearing, presently scheduled for April 27, 2009, is vacated and the Petition Re: Violation of Supervised Release is hereby dismissed.

Dated: April 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE